862

*James D. Gibson* for the Oklahoma City-Ada-Atoka Railway Co.; and *E. G. Nahler* and *A. J. Baumann* for the St. Louis-San Francisco Railway Co., appellants. *Stephen H. Hart* for appellees.

No. 321. KORNFEIND, DOING BUSINESS AS CHICAGO-NEBRASKA MOTOR EXPRESS, *v.* UNITED STATES ET AL.

. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Joseph E. Keller* for appellant. *Solicitor General Perlman* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission, appellees.

Nos. 132, 166 and 167, Misc. IN RE FLETCHER. The papers herein are stricken. THE CHIEF JUSTICE took no part in the consideration or decision of this question.

No. 146, Misc. DREXEL *v.* OHIO ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 156, Misc. WILLIAMS *v.* HUMPHREY, WARDEN, ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 160, Misc. STARNES *v.* SWYGERT, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 293. UNEXCELLED CHEMICAL CORP. *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *George Morris Fay* for petitioner. *Acting Solicitor General*

*Stern* filed a memorandum for the United States stating that the Government does not oppose the granting of the petition.

No. 318. NATIONAL LABOR RELATIONS BOARD *v.* ROCK-AWAY NEWS SUPPLY CO., INC. C. A. 2d Cir. Certiorari granted. *Acting Solicitor General Stern* and *George J. Bott* for petitioner. *Harry S. Bandler* and *Julius Kass* for respondent.

No. 320. STONE *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. Supreme Court of Missouri. Certiorari granted. *Tyree C. Derrick* and *Karl E. Holderle, Jr.* for petitioner.

No. 322. POPE ET AL. *v.* ATLANTIC COAST LINE RAIL-ROAD Co. Supreme Court of Georgia. Certiorari granted. Counsel are requested to discuss in their briefs and on oral argument the question whether the judgment sought to be reviewed is final within the meaning of 28 U. S. C. § 1257. *Richard M. Maxwell* and *Thomas J. Lewis* for petitioners. *Charles Cook Howell* and *Douglas W. Matthews* for respondent.

No. 233. BURNS ET AL. *v.* CAROLINA POWER & LIGHT Co. C. A. 4th Cir. Certiorari denied. *H. Wayne Unger* for petitioners. *Charles F. Rouse* and *A. Y. Arledge* for respondent.

No. 243. SANSON HOSIERY MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *George M. Ethridge* for petitioner. *Acting So-*